JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT
SEP - 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ROLAND WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES A. YATES, WARDEN, et al.,<br><br>    Respondents. | Case No. EDCV 08-855 AHS (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order.

DATED: Sept. 3, 2008

_____
ALICEMARIE H. STOTLER
CHIEF JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP - 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY